IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MCINTYRE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-5116 |
| | : | |
| CAROLYN COLVIN | : | |
| *Acting Commissioner of Social Security* | : | |
| *Administration* | : | |

### ORDER

AND NOW, this 31st day of March, 2015, upon careful and independent consideration of Plaintiff Anthony McIntyre's Brief and Statement of Issues in Support of Request for Review, Defendant's response thereto, and McIntyre's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, to which no objections have been filed,[1] it is ORDERED:

1. This matter is REMOVED from SUSPENSE;

2. The Report and Recommendation (Document 21) is APPROVED and ADOPTED;

3. McIntyre's request for review (Document 11) is GRANTED; and

4. Judgment is entered VACATING the final decision of the Commissioner of Social Security and REMANDING this case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further review consistent with the Report and Recommendation.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on March 11, 2015. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.